ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
And Officer Scott Murray

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| PRECILLA VELASQUEZ, individual; THOMAS QUINTERO, individual, <br><br>Plaintiff, <br><br>vs. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and SCOTT MURRAY, individually, <br><br>Defendants. | CASE NO. 2:19-cv-1790-JCM-DJA <br><br>**DEFENDANTS' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants the Las Vegas Metropolitan Police Department and Scott Murray to file its response to Plaintiffs' Complaint, said response being due on November 19, 2019, be extended until December 19, 2019.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading. This stipulation

…

…

…

…

4844-7882-5133.1

is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendants response to Plaintiffs' Complaint.

Dated this 19th day of November, 2019.  Dated this 19th day of November, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP  LAGOMARSINO LAW

*/s/ Robert W. Freeman*  */s/ Andre M. Lagomarsino*
Robert W. Freeman  Andre M. Lagomarsino
Nevada Bar No. 3062  Nevada Bar No. 6711
6385 S. Rainbow Blvd., Suite 600  3005 West Horizon Ridge Parkway, Suite 241
Las Vegas, Nevada 89118  Henderson, Nevada 89052
*Attorney for Defendants*  *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated this 21st day of November, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

4844-7882-5133.1

2