ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department
And Officer Scott Murray

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| PRECILLA VELASQUEZ, individual; THOMAS QUINTERO, individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and SCOTT MURRAY, individually, <br><br> Defendants. | CASE NO. 2:19-cv-1790-JCM-DJA <br><br> **DEFENDANTS' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** <br><br> **SECOND REQUEST** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants the Las Vegas Metropolitan Police Department and Scott Murray to file its response to Plaintiffs' Complaint, said response being due on December 19, 2019, be extended until January 19, 2020.

### Reason for Extension

Plaintiff has indicated that he intends to amend his complaint to add additional parties. This extension would allow sufficient time for the Plaintiff to file his amended complaint. This

…

…

…

…

4848-6019-6015.1

stipulation is made in good faith and not for the purpose of delay. This is the second extension of time requested by counsel for filing Defendants response to Plaintiffs' Complaint.

| Dated this 19th day of December, 2019. | Dated this 19th day of December, 2019. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAGOMARSINO LAW |
| */s/ Robert W. Freeman* <br> Robert W. Freeman <br> Nevada Bar No. 3062 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorney for Defendants* | */s/ Andre M. Lagomarsino* <br> Andre M. Lagomarsino <br> Nevada Bar No. 6711 <br> 3005 West Horizon Ridge Parkway, Suite 241 <br> Henderson, Nevada 89052 <br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

4848-6019-6015.1

2